# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-1337

_____

Rose Anderson,                              *
                                            *
          Appellant,                        *
                                            *    Appeal from the United States
     v.                                     *    District Court for the Eastern
                                            *    District of Arkansas.
Arkansas Department of Human                *
Services, Division of Mental Health         *         [UNPUBLISHED]
Services/Arkansas State Hospital, a         *
public body; Charles Smith, an              *
individual; Carol Wyrick, an                *
individual;                                 *
                                            *
          Appellees,                        *
                                            *
Annie McGuire, an indivudual,               *
                                            *
          Defendant.                        *

_____

Submitted: October 26, 2001
Filed: October 26, 2001

_____

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

       In this appeal following an adverse jury verdict in her retaliation and race discrimination action, Rose Anderson challenges the sufficiency of the evidence.

After careful consideration of the record before us and the parties' submissions on appeal, we find the appeal meritless and affirm the judgment of the District Court,[1] because there is no basis whatsoever for upsetting the jury's verdict.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.